UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEXICO BUSINESS CONTACTS, S.C.,

    Plaintiff,

v.

ALKEN-ZIEGLER, INC.,

    Defendant.
                                        /

Case No. 12-cv-13529

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION** (docket no. 8)**, AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** (docket no. 6)

Plaintiff Mexico Business Contacts, S.C. filed its complaint against Alken-Ziegler, Inc. on August 9, 2012, seeking to recover damages for breach of contract. Compl., ECF No. 1. Defendant was served with copy of the complaint and summons on August 13, 2012, but failed to file any responsive pleading. *See* Cert. of Service, ECF No. 3. The Clerk entered default on September 7, 2012. ECF No. 5. Plaintiff then filed a motion for default judgment which was referred to a magistrate judge for a report and recommendation. The magistrate judge issued her report on October 11, 2012, recommending the Plaintiff's motion be granted.

The report stated that any objections to the report and recommendation must be filed within fourteen days of service of the report and warned that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." Report at 6, ECF No. 8 (citations omitted).

De novo review of a magistrate judge's findings is only required where a party has properly objected to the proposed findings and recommendations. Fed. R. Civ. P. 72(b)(3). A copy of the report and recommendation was served upon Defendant on October 11,

2012. But Defendant has failed to file any objection within the time provided. De novo review of the magistrate judge's findings is, therefore, not required.

Having reviewed the file and the report and recommendation, the Court finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the report's findings and conclusions, and will enter an appropriate judgment.

**WHEREFORE** it is hereby **ORDERED** that report and recommendation of October 11, 2012 (docket no. 8) is **ADOPTED** and Plaintiff's motion for default judgment (docket no. 6) is **GRANTED.**

                                               s/Stephen J. Murphy, III
                                               STEPHEN J. MURPHY, III
                                               United States District Judge

Dated: October 31, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 31, 2012, by electronic and/or ordinary mail.

                                               Carol Cohron
                                               Case Manager